■　(A) JAMES C. FRASER, Respondent, v. MICHAEL J. DE GENNARO, Appellant.　(B) CHARLES BROWN, Appellant, v. TOWN OF BOLTON, Respondent. (C) RONALD L. SEGUINE et al., Appellants, v. SARKIS MIHRANIAN, Respondent. (D) NILS JERNBERG, Respondent, v. VIRTIS COMPANY, INC., Appellant.　(E) ERIC SCHOLER, Appellant, v. STEPHEN NOCIAN et al., Respondents.　ALICE SCHOLER, Appellant, v. STEPHEN NOCIAN et al., Respondents.　(F) ANNA PIPER, Appellant, v. JACK PERKINS CONSTRUCTION Co. et al., Respondents.　WORKMEN'S COMPENSATION BOARD, Respondent.　(G) In the Matter of ROBERT L. DOMINO, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— [In each action] Appeal dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1963 Term on or before February 1, 1963, in which event motions denied.

■　EDMUND M. TREDGER, Appellant, v. MARTIN P. CATHERWOOD, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■　THE PEOPLE OF THE STATE OF NEW YORK ex rel. MADISON V. SMITH, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■　(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.　(B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVEN SWEET, Appellant.　(C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FRANK PARKER, JR., Appellant.　(D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ALLEN, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent.　(E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN PAUL HERBERT, Appellant.　(F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BUSHNOE, Appellant.— [In each action] Permission to prosecute appeal as poor persons granted. Appeal may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motion in all other respects denied.

■　(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent.　(B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WILLIAMS, Appellant, v. COMMISSIONER OF CORRECTION et al., Respondents.— [In each action] Motion for permission to appeal to the Court of Appeals denied.

■　THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion to dismiss appeal granted. Motion in all other respects denied.

■　A. W. GILMORE, Appellant, v. ANNA FILLYA, Respondent. A. W. GILMORE, Third-Party Plaintiff-Appellant, v. C. O. FIELD, Third-Party Defendant-Respondent.— Application to dismiss appeal granted.